UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| Donna Farrise,<br><br>*Plaintiff,*<br><br>v.<br><br>Macys, Inc., Equifax Information Services, LLC, Experian Information Solutions, Inc. and Trans Union, LLC,<br><br>*Defendants.* | Case No: 2:24-cv-06382-GRB-JMW |

### STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)

**IT IS HEREBY STIPULATED AND AGREED** by and between the Plaintiff and Citibank, N.A., erroneously sued herein as Macy's Inc., and/or their respective counsel(s) that the above-captioned action is voluntarily dismissed *with prejudice* against Defendant, Citibank, N.A., pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) with each party to bear its respective attorney's fees and costs.

Dated: October 24, 2024

| | |
|---|---|
| **BALLARD SPAHR LLP**<br><br>By: /s/ Lauren N. Brown<br>Lauren N. Brown, Esq.<br>1675 Broadway, 19th Floor<br>New York, NY 10019-5820<br>Tel: (646) 346-8042<br>Email: brownln@ballardspahr.com<br>*Attorney for Defendant*<br>*Citibank, N.A.* | **SANDERS LAW GROUP**<br><br>By: /s/ Nicola C. Richards<br>Nicola C. Richards, Esq.<br>333 Earle Ovington Boulevard, Suite 402<br>Uniondale, NY 11553<br>Tel: (516) 203-7612<br>Email: nrichards@sanderslaw.group<br>File No.: 130419<br>*Attorneys for Plaintiff* |