**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| Donna Farrise,<br><br>   Plaintiff,<br><br>v.<br><br>Macys, Inc., Equifax Information Services, LLC, Experian Information Solutions, Inc. and Trans Union, LLC,<br><br>   Defendant. | Case No: 2:24-cv-06382-GRB-JMW<br><br>**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. § 41(a)(1)(A)(i) AS TO EXPERIAN INFORMATION SOLUTIONS, INC.** |

  Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the Plaintiff and/or plaintiff's counsel, hereby give notice that whereas no party is an infant or incompetent the above-captioned action is voluntarily dismissed with prejudice against Defendant Experian Information Solutions, Inc. only, with each party to bear its respective attorney's fees and costs.

  Experian Information Solutions, Inc. has not served an answer, motion or otherwise appeared in this action.

Dated: December 26, 2024

                **SANDERS LAW GROUP**
                By:  */s/ Nicola C. Richards*
                Nicola C. Richards, Esq.
                333 Earle Ovington Blvd, Suite 402
                Uniondale, NY 11553
                Tel: (516) 203-7600
                Email: nrichards@sanderslaw.group
                File No.: 130419
                *Attorneys for Plaintiff*